**Order entered April 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01578-CV

### IN THE INTEREST OF S.B., A CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-30023-2012**

## ORDER

We **ORDER** Karla Kimbrell, Official Court Reporter for the 380th Judicial District Court of Collin County, Texas, to file, by **Friday, April 26, 2012**, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. *We notify appellant that if we receive verification of no request or no payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to Karla Kimbrell and all counsel of record.

/s/     DAVID LEWIS
JUSTICE